IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02933-BNB

JOSHUA D. CARRIER,
    Plaintiff,

v.

MICHELLE LUNDSTEDT, sued in her individual capacity,
AMY FITCH, sued in her individual capacity,
ANDY BRYANT, sued in his individual capacity,
JOHN DOE, sued in his individual capacity,
JANE DOE, sued in her individual capacity,
DAN MAY, sued in his official capacity, and
COUNTY OF EL PASO, sued in its official capacity,
    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a motion (ECF No. 8) asking for the Court to rely upon the deficient certified account statement he filed on October 25, 2013, as an attachment to the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  The motion is DENIED.  Plaintiff may obtain from his current institution a certified account statement for the six-month period immediately preceding this filing.  If prison officials refuse Plaintiff's request to obtain a certified account statement that complies with the directives of the order of November 14, 2013 (ECF No. 7), he must provide the Court with written documentation from prison officials demonstrating such denial.

    The Court also notes that neither the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 9) nor the amended Complaint (ECF No. 10) Plaintiff filed on December 2, 2013, complies with the November 14 order to cure.

    Plaintiff will be allowed **twenty (20) days from the date of this minute order** in which to comply with the November 14 order to cure (ECF No. 7) as directed.  Failure to do so within the time allowed may result in the dismissal of this action.

Dated:  December 4, 2013