IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02933-PAB-CBS

JOSHUA D. CARRIER,
    Plaintiff,
v.

MICHELLE LUNDSTEDT,
AMY FITCH, and
ANDY BRYANT,
    Defendants.

## APPOINTMENT ORDER

Magistrate Judge Craig B. Shaffer

    In accordance with the Status Conference held on August 21, 2014 and Part III.C. of the U.S. District Court's Pilot Program to Implement a Civil Pro Bono Panel, the court hereby determines that pro se Plaintiff, Mr. Carrier, merits appointment of counsel drawn from the Civil Pro Bono Panel. The court is satisfied that the factors and considerations of the U.S. District Court's Pilot Program to Implement a Civil Pro Bono Panel, Part III.B.1., have been met. *See* www.cod.uscourts.gov/CourtOperations/RulesProcedures/PilotProjects.aspx.

    Accordingly, IT IS ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent Plaintiff in this matter. Plaintiff is advised that until counsel is selected and a Notice of Appointment is filed, he will continue to proceed *pro se* and must follow the court's procedures and rules.

    DATED at Denver, Colorado, this 7th day of October, 2014.

                                       BY THE COURT:

                                          s/Craig B. Shaffer
                                        United States Magistrate Judge